UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS     CIVIL ACTION

SHIRLEY COODY, ET AL     NUMBER 07-64-FJP-SCR

<u>RULING</u>

Before the court is the plaintiff's second Motion Relief of Judgment/And Order pursuant to Rule 60 F.R.C.P. Record document number 38.

Plaintiff moved to have the entry of judgment set aside on essentially the same grounds raised in his first motion for relief from judgment which was denied for failure to satisfy the prerequisites necessary to be relieved from judgment.

On April 18, 2008, the plaintiff filed a notice of appeal. Record document number 36.

This court is without jurisdiction to consider the plaintiff's second motion for relief from judgment.

Accordingly, the plaintiff's motion for relief from judgment is dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, May 8, 2008.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


SHEDRICK BRUMFIELD (#395469)

VERSUS                                              CIVIL ACTION

SHIRLEY COODY, ET AL                                NUMBER 07-64-FJP-SCR


J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the plaintiff's motion for relief from judgment is dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, May ____8____, 2008.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE