UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS

SHIRLEY COODY, ET AL

CIVIL ACTION

NUMBER 07-64-FJP-SCR

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the plaintiff's motion for relief from judgment is dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, May ____8____, 2008.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE