UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS                                          CIVIL ACTION

SHIRLEY COODY, ET AL                            NUMBER 07-64-FJP-SCR

ORDER

The United States Court of Appeals for the Fifth Circuit remanded this matter to the district court to clarify the plaintiff's financial status.  In his motion to proceed in forma pauperis on appeal the plaintiff stated that he received a settlement award but the funds were paid to a criminal attorney and for commissary items.

IT IS ORDERED that within 20 days from the date of this order the plaintiff shall provide information regarding his current financial status, and shall also specifically account for the $10,000.00 he received in settlement of a prior civil rights lawsuit.[1]  Plaintiff shall advise the court: (1) where the settlement award was deposited, (2) the identity of the account holder, (3) state the name and bar roll number of the attorney referred to in the pauper motion, (4) state the amount allegedly paid to the attorney referred to in the pauper motion, and (5) provide a detailed explanation of how any settlement proceeds were

---

[1] *See Brumfield v. Cain*, CV 03-486 (M.D. La. Dec. 19, 2006).

spent since December 2006 and the current balance and location of the funds.  Plaintiff may provide inmate transaction statements, bank statements, affidavits and other documentary evidence to support his response.

Baton Rouge, Louisiana, January 6, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE