UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS                                        CIVIL ACTION

SHIRLEY COODY, ET AL                          NUMBER 07-64-FJP-SCR

FINDING REGARDING IN FORMA PAUPERIS STATUS

The United States Court of Appeals for the Fifth Circuit remanded this matter to the district court to clarify the plaintiff's financial status.

On January 6, 2009, the plaintiff was ordered to provide information regarding his current financial status and specifically account for the $10,000.00 he received in settlement of a prior civil rights lawsuit.[1]  Plaintiff filed a response.[2]

In his response, the plaintiff stated that the $10,000.00 settlement award was deposited in his prison inmate account, $2,800.00 was applied to his inmate account debt, and $3,400.00 was sent to his mother to secure the services of a criminal attorney. According to the plaintiff, his mother used the money to pay for repairs to her home.  Plaintiff stated that he deposited $2,000.00 in a savings account at Hancock Bank but has withdrawn most of the

---

[1] *See Brumfield v. Cain*, CV 03-486 (M.D. La. Dec. 19, 2006).

[2] Record document number 51.

money to pay for court costs and canteen items.  Plaintiff filed copies of his inmate account transaction information which showed that as of January 9, 2009, the plaintiff owed $518.40 for court costs.

The evidence showed that the plaintiff is indigent and has insufficient funds to pay the full appellate filing fee.

Baton Rouge, Louisiana, February 9, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE