UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS                                              CIVIL ACTION

SHIRLEY COODY, ET AL                                NUMBER 07-64-FJP-SCR

ORDER

Before the court is the plaintiff's Motion to Correct Service, which shall be construed as including a motion to amend the complaint. Record document number 68.

Plaintiff's motion effectively seeks to amend the complaint (1) to identify Capt. Barrett Beoker as the defendant previously identified as Lt. Beoker in the complaint, and (2) to substitute Charles Honeycutt as a defendant in place of defendant David Honeycutt, which would constitute a Rule 41(a)(1), Fed.R.Civ.P., dismissal of David Honeycutt.

Therefore;

IT IS ORDERED that the defendants shall have 21 days from the date of this order to file any response they may have to the plaintiff's Motion to Correct Service, construed as including a motion to amend the complaint.

Baton Rouge, Louisiana, August 17, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE