UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS                                                CIVIL ACTION

SHIRLEY COODY, ET AL                                  NUMBER 07-64-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case
and for reasons set forth in the Magistrate Judge's Report[1] to
which no objection was filed:

IT IS ORDERED that the Motion for Summary Judgment[2] filed on
behalf of Defendant Shirley Coody shall be granted and that the
claims against her shall be dismissed.  The Court also finds there
is no just reason to delay entry of judgment dismissing this suit
against Shirley Coody pursuant to Rule 54 of the Federal Rules of
Civil Procedure.  Therefore, a final judgment shall be entered
dismissing plaintiff's suit against Shirley Coody with prejudice.

Baton Rouge, Louisiana, July 13, 2011.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 90.

[2] Rec. Doc. No. 78.
Doc#47376