UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHEDRICK BRUMFIELD (#395469)

VERSUS

CIVIL ACTION

SHIRLEY COODY, ET AL

NUMBER 07-64-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the adopted Motion for Summary Judgment[1] Filed on Behalf of Defendants Boeker, David Daigrepont and Honeycutt be granted and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 26, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 93.

Doc#47455